EMIL J. ALI, OSB No. 176329
*EAli@carrbutterfield.com*
LISANNE M. BUTTERFIELD, OSB No. 913683
*LButterfield@carrbutterfield.com*
CARR BUTTERFIELD, LLC
5285 Meadows Road, Suite 199
Lake Oswego, OR 97035
Telephone:  503-635-5244
Fax:  503-635-2955

    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ELIZABETH A. RIZZO,** | Case No.: 3:19-cv-1054-JR |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| **NOVARTIS CORPORATION WELFARE BENEFITS PLAN and HORIZON HEALTHCARE SERVICES, INC., a New Jersey corporation dba HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,** | |
| Defendants. | |

### NOTICE OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth A. Rizzo and her undersigned counsel hereby give notice that the above-captioned action is voluntarily dismissed against defendants Novartis Corporation Welfare Benefits Plan

Page 1 – **NOTICE OF DISMISSAL**

**CARR BUTTERFIELD, LLC**
5285 SW Meadows Road, Ste. 199
Lake Oswego, OR  97035
Telephone:  (503) 635-5244
Facsimile:  (503) 635-2955

and Horizon Healthcare Services, Inc., dba Horizon Blue Cross Blue Shield of New Jersey with prejudice, with each party to bear its/her own costs and attorneys' fees.

DATED this 27th day of September, 2019.

                                               Respectfully Submitted,

CARR BUTTERFIELD, LLC
By: /*Emil Ali*/
Emil J. Ali, OSB No. 176329
Email: *EAli@carrbutterfield.com*
Lisanne M. Butterfield, OSB No. 913683
Email: *LButterfield@carrbutterfield.com*
5285 Meadows Road, Suite 199
Lake Oswego, OR 97035
Telephone: 503-635-5244/ Fax: 503-635-2955
Attorneys for Plaintiff

Page 2 – **NOTICE OF DISMISSAL**

**CARR BUTTERFIELD, LLC**
5285 SW Meadows Road, Ste. 199
Lake Oswego, OR 97035
Telephone: (503) 635-5244
Facsimile: (503) 635-2955